ORTÍZ, DEMANDANTE Y APELADO, *v.* THE AMERICAN RAILROAD COMPANY, DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en pleito sobre indemnización; moción de nuevo juicio.

No. 2105.—Resuelto en julio 15, 1920, por los fundamentos del caso No. 2153, *Martí* v. *American Railroad Company*, de julio 15, 1920, (pág. 737).

Abogados del apelante: *Sres. F. G. Pérez Almiroty y G. H. Moscoso.*

Abogados del apelado: *Sres. J. Sabater y F. Otero.*

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.